EDWARD E. ERWIN, Respondent, *v.* FRANCIS ERWIN et al., Appellants.

(Argued June 26, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 23, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George T. Spencer* for appellants.

*Frederick Collin* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

THOMAS S. BASSFORD, Respondent, *v.* CHARLES H. WHITE, Appellant.

(Argued June 21, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 5, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*James C. De La Mare* for appellant.

*Ernest Hall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.